**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION**

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 19 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| ADRIAN BURL CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:06-CV-00051 |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGINIA DEPT. OF | ) | |
| SOCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ADRIAN BURL CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:06-CV-00052 |
| | ) | |
| v. | ) | |
| | ) | |
| VIRGINIA DEPT. OF | ) | |
| SOCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| ADRIAN BURL CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:06CV00054 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| VIRGINIA DEPT. OF | ) | |
| SOCIAL SERVICES, | ) | |
| | ) | **By: Samuel G. Wilson** |
| | ) | **United States District Judge** |
| Defendant. | ) | |

Plaintiff Adrian Burl Carter, proceeding pro se, brings these actions against the Virginia

Department of Social Services (DSS), claiming, among other things, that DSS drugs children and

Dockets.Justia.com

places them in mental institutions; that DSS has falsified its court documents and slandered Lynn Raynor; and that a DSS social worker has been "criminally neglect in her dealings" with a minor child in DSS care. Carter seeks to proceed in forma pauperis (IFP). Because Carter's complaints are all objections to DSS operating procedures, the court has consolidated these claims for consideration. Carter previously brought two actions against DSS, making essentially the same allegations, and the court granted Carter IFP status but dismissed one action sua sponte as frivolous, 28 U.S.C. § 1915(e)(2)(B) (stating that a court may "at any time" dismiss an in forma pauperis claim if the action "is frivolous or malicious"), and the second action sua sponte for failure to state a claim for which the court may grant relief by order, 28 U.S.C. § 1915(e)(2)(B) (stating that a court may "at any time" dismiss an in forma pauperis claim if the action "fails to state a claim on which relief may be granted"). See Carter v. Virginia Dept. of Social Services, 5:06-CV-00010; Carter v. Virginia Dept. of Social Services, 5:06-CV-00049. For the reasons stated in the court's prior opinions, the court dismisses Carter's claims without prejudice and finds that all other pending motions are moot. The Clerk is directed not to receive further filings in this matter unless Carter pays the filing fee.

ENTER: This 19th day of June, 2006.

UNITED STATES DISTRICT COURT